UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEFFREY NAVIN AND JOHN O'REILLY, on behalf of themselves and of all others similarly situated, Plaintiffs, | |
| VS. | CORPORATE DISCLOSURE STATEMENT |
| WELLS FARGO BANK, N.A., WELLS FARGO INSURANCE, INC., ASSURANT INC., AMERICAN SURETY INSURANCE COMPANY, AMERICA'S SERVICING COMPANY and HSBC BANK USA, Defendants. | 15-cv-671 M.P.S. |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Defendant, AMERICA'S SERVICING CO., by and through its undersigned counsel, certifies the following information:

1. America's Servicing Co. states that it is a division of Wells Fargo Bank, N.A., which is an indirect wholly-owned subsidiary of Wells Fargo & Company, a publicly-held company whose shares are traded on the New York Stock Exchange under the symbol "WFC." No individual or corporation owns 10% or more of the stock of Wells Fargo & Company.

Dated at Simsbury, Connecticut on this 6th day of August, 2015.

THE DEFENDANTS, WELLS FARGO
BANK, N.A., WELLS FARGO INSURANCE
INC. and AMERICA'S SERVICING
COMPANY


By  /s/ Marc S. Edrich
    Michael Dugan, ct18669
    Marc S. Edrich, ct04612
    Joseph H. Carlisle, ct27354
    Litchfield Cavo LLP
    82 Hopmeadow Street, Suite 210
    Simsbury, CT 06089
    Tel: 860-413-2800
    Fax: 860-413-2801
    dugan@litchfieldcavo.com
    edrich@litchfieldcavo.com
    carlisle@litchfieldcavo.com

## CERTIFICATION OF SERVICE

I hereby certify that on August 6, 2015, a copy of the foregoing Corporate Disclosure Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Served by U.S. Mail on:

John O'Reilly *(pro se)*
7 Hart Landing
Guilford, CT 06437


    /s/ Marc S. Edrich
        Marc S. Edrich (ct04612)